The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WEYERHAEUSER COMPANY, a Washington corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>          Defendant. | NO.  12-CV-00383 RSL<br><br>STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

The undersigned parties stipulate and agree that all claims asserted in this matter by the parties to this action have been resolved and, pursuant to the terms agreed to between the parties, may be dismissed with prejudice and without an award of costs or fees to any party.

STIPULATION AND ORDER OF DISMISSAL - 1
No. 12-CV-00383 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 4th day of September, 2012.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Weyerhaeuser Company

By *s/Franklin D. Cordell*
Franklin D. Cordell, WSBA #26392
Susannah C. Carr, WSBA #38475
1001 Fourth Avenue, Suite 4000
Seattle, Washington  98154
Telephone: (206) 467-6477
Facsimile:  (206) 467-6292
Email:       fcordell@gordontilden.com
Email:       scarr@gordontilden.com

**NICOLL, BLACK & FEIG**
Attorneys for Defendant The Insurance Company of the State of Pennsylvania

By *s/William A. Pelandini*
William A. Pelandini, WSBA #11521
Ruby Squyres Redshaw, WSBA #43263
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Telephone: (206) 838-7555
Facsimile:  (206) 838-7515
Email:       wpelandini@nicollblack.com
Email:       rredshaw@nicollblack.com

STIPULATION AND ORDER OF DISMISSAL - 2
No. 12-CV-00383 RSL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**ORDER**

Pursuant to the above stipulation, IT IS HEREBY ORDERED that all claims asserted by the parties against each other in this matter are DISMISSED WITH PREJUDICE and each party shall bear its own costs and fees incurred.

DATED this 6th day of September, 2012.

_MW S Lasnik_
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3
No. 12-CV-00383 RSL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292